■ HUIBERT M. VRIESENDORP, M.D., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 109507.) [885 NYS2d 670]— Appeal from an order of the Court of Claims (Diane L. Fitzpatrick, J.), entered October 28, 2008. The order granted the motion of defendant for summary judgment dismissing the claim and denied the motion of claimant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Martoche, J.P., Smith, Peradotto and Green, JJ.

■ SONJA SWEENEY, Respondent, v PREFERRED MUTUAL INSURANCE COMPANY, Defendant. JP MORGAN CHASE BANK, N.A., as Indenture Trustee on Behalf of the Noteholders and the Note Insurer of the ABFS Mortgage Loan Trust 2001-4, Mortgage Backed Notes, Appellant. [885 NYS2d 670]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered August 22, 2008. The order granted the application of plaintiff to authorize the release of trust funds to plaintiff and her attorneys.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Peradotto, Carni and Green, JJ.